UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 01-69(1) (JMR/FLN)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF,<br>v.<br><br>GEORGE E. KLINE,<br><br>DEFENDANT. | SATISFACTION OF PERSONAL MONEY JUDGMENT FORFEITURE AND RELEASE OF ABSTRACT |

The United States of America and Defendant George E. Kline have settled or otherwise compromised the $425,000.00 personal money judgment forfeiture entered in this case against Defendant Kline.

THEREFORE, the Clerk of Court may satisfy and cancel the personal money judgment forfeiture of record,

AND, the Recorder for the County of Lake, State of Minnesota, may immediately release the Abstract of Judgment in the amount of $425,000.00 recorded on August 30, 2002, in said Recorder's Office of Lake County, as Document No. 496.

Dated: February 2, 2005

THOMAS B. HEFFELFINGER
United States Attorney

s/PERRY F. SEKUS

BY: PERRY F. SEKUS
Assistant United States Attorney
Attorney I.D. No. 0309412
600 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
612-664-5600