**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**DIVISION**
**Cr. No. 01-69(01)(JMR)**

United States of America, )
Plaintiff, )
v. ) **ORDER**
)
George Edwin Kline )
Defendant. )

At Minneapolis, Minnesota.

This matter is before the Court pursuant to the Receiver's motion for an Order to discharge the Receiver. Based upon the Motion, and all the files and records of the proceedings,

**IT IS ORDERED:**

1. James E. Ramette is hereby discharged as Receiver in this case.

Dated: April 11th, 2005

James M. Rosenbaum,
United States District Judge

SCANNED
APR 12 2005
U.S. DISTRICT COURT MPLS