LAW OFFICES

**FULLER, SEAVER & RAMETTE, P.A.**

A PROFESSIONAL ASSOCIATION

PORTLAND CORPORATE CENTER
12400 PORTLAND AVENUE SOUTH, SUITE 132
BURNSVILLE, MN 55337

TIMOTHY D. FULLER
RANDALL L. SEAVER
JAMES E. RAMETTE
ANDREA M. HAUSER

TELEPHONE (952) 890-0888
FACSIMILE (952) 890-0244

**Reply to:**
**P.O. BOX 940**
**CHANHASSEN, MN 55317**

**TELEPHONE (952) 937-8984**
**FACSIMILE (952) 934-1902**

April 6, 2005

The Honorable James M. Rosenbaum
United States District Court
U.S. Courthouse
300 South 4th Street
Minneapolis, MN 55415

Re: Receivership of George Kline – Cr. No. 01-69(01) JMR
3rd Status Report

Dear Judge Rosenbaum:

My last update to you on this matter was in March 2003. Since then through February 2005 there has been no positive response to my inquiries about liquidating the stocks of Mr. Kline.

In early March of this year I again sent letters and called the companies in which Mr., Kline owns stock. There was only one response, and that from Mr. Niglio, President of Microgistix. He indicated that, as stated in 2002, Microgistix has no stock buy-back program, nor does it know of any person or entity which would be interested in purchasing the shares.

To my knowledge, there is no current market for any of the Kline stocks. Further, there does not appear that there will be any market for the stocks in the foreseeable future, if ever. Since these are the only assets which I, as Receiver, am to liquidate, it seems appropriate that the receivership be terminated. Further, it appears that I will be moving out-of-state within a few months to pursue certain opportunities.

Therefore, I request that you enter an Order discharging me as Receiver. Enclosed is a proposed Order for this request.

Sincerely,

James E. Ramette
Receiver for George Kline

JER/jer

Office of United States Attorney
Steven Wolter, Esq.,

SCANNED
APR 12 2005
U.S. DISTRICT COURT MPLS